## SUSONG *v.* McKENNA.

COBB, J.  1. A possessory warrant does not lie unless the defendant acquired possession of the property in dispute in one of the modes set forth in the Civil Code, §4799.  *Owens* v. *Outlaw*, 105 *Ga.* 477.

2. Under the provisions of the Civil Code, §4807,.the judge of the superior court, in passing upon a certiorari from the decision of a justice of the peace in a possessory-warrant case, may, in his discretion, make a final disposition of the case, without sending it back for a new trial, even though the evidence before the justice of the peace was conflicting on controlling issues.  *Sheriff* v. *Thompson*, 116 *Ga.* 436 (2), and cit.

3. Applying the principles above laid down to the facts of the present case, no sufficient reason has been shown for reversing the judgment.

*Judgment affirmed. All the Justices concur.*

Argued October 6,—Decided October 17, 1904.

Certiorari. Before Judge Cann. Chatham superior court. April 15, 1904.

*D. H. Clark*, for plaintiff.
*Osborne & Lawrence*, for defendant.